**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| GLOBAL MILITARY PRODUCTS, INC.<br><br>Plaintiff,<br>v.<br><br>TRIPWIRE SOUTH, LLC, *et al.*,<br>Defendants. | Case No. 8:25-cv-02731-JLB-CPT |

**DECLARATION OF MR. HENRY TURNBULL**

I, Henry Turnbull, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the authorized person and CEO of Non-Party, Astor Defense LLC ("Astor LLC"). I have personal knowledge of the matters set forth herein, and if called to testify, I could competently testify to them.

2. At the end of 2025, Defendant Tripwire South, LLC ("Tripwire") commenced proceedings against Astor International Limited and Astor Defence Limited ("Foreign Astor Entities"), as well as myself individually, in the United Kingdom (the "UK Litigation").

3. Tripwire did not commence proceedings against Astor LLC, which is currently in the process of setting up operations in the United States.

4. Upon review of Tripwire's Motion to Compel Compliance with Subpoena Duces Tecum Directed at Non-Party Astor LLC (ECF No. 67) and related pleadings, it appears the general references to "Astor" refer to one of the Foreign Astor

Entities, and not Astor LLC. As one example, Tripwire's Answer and Counterclaims (ECF No. 42) refers specifically to Astor Defence Limited.

5. In this regard, and based on the breadth of the requests in the Subpoena, it appears that Tripwire is using the Subpoena to obtain documents to use in the UK Litigation, where disclosure has not yet commenced. This, in my view, is an unfair maneuver and circumvents procedural safeguards in the UK Litigation.

6. If the Court requires Astor LLC to produce documents, Astor LLC respectfully submits that Tripwire should reimburse Astor LLC for its costs and fees. While it is hard to anticipate exactly how much time and effort would be expended to comply, Astor LLC would need to pay an administrative assistant around $150/hr, pay Withers for their attorneys' fees, among other associated costs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2026, in Paris, France.



______________________________

Henry Turnbull